AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/3/05 |
| NAME OF SERVER (PRINT) Barry Eveland | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: INTEL Corporation c/o CT 1209 Orange St Wilm DE copies thereof were accepted by Brian Penrod

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/3/05
             Date            Signature of Server

                            Po Box 1360
                            Wilm DE 19899

                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

JODI SALPETER, JAY SALPETER
and CHERYL GLICK-SALPETER, on
behalf of themselves and all others
similarly situated,
          V.      Plaintiffs,
INTEL CORPORATION,

           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 - 575

TO: (Name and address of Defendant)
  Intel Corporation
  c/o Corporation Trust Company
  1209 Orange Street
  Wilmington, DE 19801



RECEIVED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  James L. Holzman, Esquire
  Prickett, Jones & Elliott, P.A.
  1310 King Street
  P. O. Box 1328
  Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              AUG 0 8 2005

CLERK                                            DATE

_Evette Wat____
(By) DEPUTY CLERK