IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JODI SALPETER, JAY SALPETER AND CHERYL GLICK-SALPETER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-575 |
| v. | ) ) | |
| INTEL CORPORATION, a Delaware Corporation | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiffs' complaint shall be due the earlier of (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| PRICKETT, JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *David W. Gregory*<br>James L. Holzman (#663)<br>David W. Gregory (#4408)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>Telephone: (302) 888-6500<br>Facsimile: (302) 658-8111<br>jlholzman@prickett.com<br>dwgregory@prickett.com | By: /s/ *Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>W. Harding Drane (#1023)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Phone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com |

OF COUNSEL:

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
Allan Steyer
One California Street, Third Floor
San Francisco, CA 94111
Telephone: (415) 421-3400

THE FURTH FIRM LLP
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
225 Bush Street, 15th Floor
San Francisco, CA 94101-4249
Telephone: (415) 433-2070

Attorneys for Plaintiffs
JODI SALPETER, JAY SALPETER and
CHERYL GLICK-SALPETER

OF COUNSEL:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

Dated: August 15, 2005

694272

SO ORDERED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

2