**THE FURTH FIRM LLP**
ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4249
TELEPHONE (415) 433-2070
FACSIMILE (415) 982-2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

August 25, 2005

VIA U.S. MAIL

Clerk of Court
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
Wilmington, DE 19801
Telephone: (302) 573-6170

    Re:    *Salpeter v. Intel Corp.* Case No. 1:05-cv-00575 (D. Del)

             *Herroeder-Perras v. Intel Corp.* Case No. 1:05-cv-00616 (D. Del)

             *Roach v. Intel Corp.* Case No. 1:05-cv-00617 (D. Del)

Dear Clerk:

      Please be advised that on August 25, 2005, plaintiffs Jodi Salpeter, Jay Salpeter, Cheryl Glick-Salpeter, Gabriella Herroeder-Perras, and Michael H. Roach, plaintiffs in the above-referenced actions pending in the District of Delaware, have submitted to the Judicial Panel on Multidistrict Litigation (the "Judicial Panel") a Notice Of Tag-Along Actions requesting that the Judicial Panel consider such actions in its review for pretrial transfer of the cases in MDL 1717.

      I enclose a copy of the materials filed with the Judicial Panel on August 25, 2005, pursuant to Panel Rule 7.5(e). If you have any questions, please do not hesitate to contact the undersigned.

                                Sincerely

                                Alex C. Turan

Enclosures.



cc:     All Counsel on attached Panel Attorney Service List

58239.1