BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE INTEL CORP MICROPROCESSOR: ANTITRUST LITIGATION | MDL DOCKET NO. 1717 |

EXHIBIT A
TO NOTICE OF TAG-ALONG ACTIONS

Original document
Paper filed in Clerk's Office
in C.A. 05-575

58232.1